IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AARON SLOAN,
    Plaintiff,

v.

JOHN WETZEL, et al,
    Defendants.

C.A. No. 15-170 Johnstown

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on June 19, 2015, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on September 4, 2015, recommended that Plaintiff's motion for preliminary injunction [ECF No. 9] be denied. Service was made on Plaintiff by mail at SCI Camp Hill, where he was incarcerated, and on Defendants. Objections were filed by Plaintiff on September 14, 2015, and Supplemental Objections were filed by Plaintiff on October 13, 2015. After de novo review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

    AND NOW, this 24th Day of March, 2016;

    IT IS HEREBY ORDERED that that Plaintiff's motion for preliminary injunction [ECF No. 9] is DENIED.

The report and recommendation of Magistrate Judge Baxter, issued September 4, 2015, is adopted as the opinion of the court.

March 24, 2016

KIM R. GIBSON
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record