IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON SLOAN,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN WETZEL, et al,<br>　　　　　Defendants. | C.A. No. 15-170 Johnstown |

## **MEMORANDUM ORDER**

This prisoner civil rights action was received by the Clerk of Court on June 19, 2015, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on March 6, 2018, recommended that Defendants' motion to dismiss [68] be granted and this case be dismissed. Service was made on Plaintiff by mail at SCI Greene, where he is incarcerated, and on Defendants. Objections were filed by Plaintiff on March 26, 2018. After de novo review of the complaint and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

　　　　　AND NOW, this 20th Day of June, 2018;

IT IS HEREBY ORDERED that the Defendants' motion to dismiss [68] is GRANTED. The Clerk is directed to close this case. The report and recommendation of Magistrate Judge Baxter, issued March 6, 2018, is adopted as the opinion of the court.

June 20, 2018

KIM R. GIBSON
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record